# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

153855-6(99)(101)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

WILLIAM P. FROLING REVOCABLE LIVING
TRUST, by its Trustee, WILLIAM P. FROLING,
　　　　Plaintiff-Counterdefendant-Appellant/
　　　　Cross-Appellee,

v

PELICAN PROPERTY, LLC,
　　　　Defendant-Counterplaintiff-Appellee/
　　　　Cross-Appellant.
_____/

SC: 153855
COA: 322019
Macomb CC: 2013-003083-CZ

WILLIAM P. FROLING REVOCABLE LIVING
TRUST, by its Trustee, WILLIAM P. FROLING,
　　　　Plaintiff-Counterdefendant-Appellant/
　　　　Cross-Appellee,

v

PELICAN PROPERTY, LLC,
　　　　Defendant-Counterplaintiff-Appellee/
　　　　Cross-Appellant,

and

CAREN BURDI and EARL, EARL & ROSE,
P.L.L.C.,
　　　　Appellees.

_____/

SC: 153856
COA: 323074
Macomb CC: 2013-003083-CZ

On order of the Court, the motion for reconsideration of this Court's November 30, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to hold the case in abeyance is DENIED.

WILDER, J., did not participate because he was on the Court of Appeals panel.



s0522

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017



Clerk